UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:03-cr-288-T-23MAP

DESIREE M. EVANS
_____/

**ORDER**

Claudette M. Elliott filed a "Motion for Release of Property Bond" (Doc. 590). The conditions of the defendant's bond have been satisfied in accordance with Rule 46(g), Federal Rules of Criminal Procedure. Accordingly, the motion is **GRANTED**. The surety is exonerated and the bond is terminated. The Clerk shall return any original documents related to the property bond to:

> Claudette M. Elliott
> 7250 Cypress Drive
> New Port Richey, FL   34653

The parties are responsible for extinguishing any liens registered against the property.

ORDERED in Tampa, Florida, on June 23, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      Financial Section, Tampa